Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Crook, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>Credit Control, LLC, LVNV Funding LLC,<br>and John Does 1-25.<br><br>    Defendants. | Case No.: 2:20-cv-01126-MCE-JDP<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Parties' proposed Stipulation for Dismissal, and good cause appearing, IT IS HEREBY ORDERED THAT the above-entitled case is DISMISSED with prejudice.  Each party shall bear their respective costs and fees, and the Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated:  October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE